

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-19-00461-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NA, AS TRUSTEE**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019-CV-00584
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

The panel has considered Appellant's motion to supplement the appellate record and Appellant's motion for rehearing; the motions are DENIED. *See* TEX. R. APP. P. 49.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court